*E-FILED 10-13-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| STANFORD HOSPITALS AND CLINICS, | No. C10-03674 HRL |
|---|---|
| Plaintiff,<br>v.<br>CLARK COUNTY EDUCATION ASSOCIATION,<br>Defendant. | **ORDER RE ADR PHONE CONFERENCE** |

The parties jointly request that this matter be referred for an early settlement conference with a judge. However, they have not filed a Notice of Need for ADR Phone Conference as required by ADR L.R. 3-5(c). Accordingly, the parties are directed to contact the court's ADR Unit to schedule a phone conference to be held in advance of the November 2, 2010 case management conference.

SO ORDERED.

Dated: October 13, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-03674-HRL Notice has been electronically mailed to:

2  Barry Sullivan     bsullivan@sacfirm.com, agrigorian@sacfirmonline.com

3  Edward Garcia , Jr     Painey@braggdzlaw.com

4  Joy Young Stephenson     jstephenson@sacfirmonline.com

5  Richard Alan Lovich     rlovich@sacfirmonline.com, ral@lovichlaw.com

6  Sara Hilary Frisch     sfrisch@sacfirm.com

7  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.