STEPHENSON, ACQUISTO & COLMAN  
JOY Y. STEPHENSON, ESQ.  (SBN 113755)  
BARRY SULLIVAN, ESQ.     (SBN 136571)  
RICHARD A. LOVICH, ESQ.  (SBN 113472)  
SARA H. FRISCH, ESQ.         (SBN 252568)  
303 N. Glenoaks Blvd., Suite 700  
Burbank, CA 91502  

Telephone:  (818) 559-4477  
Facsimile:   (818) 559-5484  

Attorneys for Plaintiff  
STANFORD HOSPITALS AND CLINICS, a  
California non-profit public benefit corporation  

*E-FILED 10-28-2010*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITALS AND CLINICS, a California non-profit public benefit corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CLARK COUNTY EDUCATION ASSOCIATION, a Nevada non-profit corporation; and DOES 1 THROUGH 25, INCLUSIVE<br><br>　　　　　　Defendants | Case No.:   C10-03674 HRL<br><br>**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE;** [PROPOSED] **ORDER**<br><br>DATE:　　November 2, 2010<br>TIME:　　1:30 p.m.<br>DEPT.:　　Courtroom 2<br><br>**[Re:  Docket No. 15]** |

////

////

request for telephonic appearance　　　　- 1 -　　PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

1  Plaintiff STANFORD HOSPITALS AND CLINICS respectfully requests
2  that the Court permit Plaintiff's counsel to appear telephonically at the Initial Case
3  Management Conference in this matter, set for November 2, 2010 at 1:30 p.m.
4  Good cause exists for a telephonic appearance as Plaintiff's counsel's office is
5  located in Burbank, California, in Los Angeles County.
6  With the Court's permission, counsel will attend the Initial Case
7  Management Conference by telephonic appearance.
8
9  Dated: 27 October 2010          Respectfully Submitted,
10
11                                  STEPHENSON, ACQUISTO & COLMAN
12
                                              /s/
13
                                    _____
14                                        SARA H. FRISCH
                                          Attorneys for
15                                  STANFORD HOSPITAL AND CLINICS
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Plaintiff's Request to Appear Telephonically at the Initial Case Management Conference on November 2, 2010, is hereby granted.  **Plaintiff's counsel shall make necessary arrangements to have CourtCall (866-582-6878) initiate the call to the court just prior to the time set for the conference.**
IT IS SO ORDERED.

Dated:   October 28, 2010         _____

HON. HOWARD R. LLOYD

UNITED STATES MAGISTRATE JUDGE