*E-FILED 01-12-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANFORD HOSPITALS AND CLINICS, | No. C10-03674 HRL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| CLARK COUNTY EDUCATION ASSOCIATION, | |
| Defendant. | |

The court is informed that the parties have reached a settlement. Accordingly, all pretrial and trial dates are vacated.

**On or before March 1, 2011**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **March 15, 2011, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than March 8, 2011**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties

1   need not file a joint statement in response to this Order.

2       SO ORDERED.

3   Dated:   January 12, 2011

4                                 HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

5:10-cv-03674-HRL Notice has been electronically mailed to:

Barry Sullivan     bsullivan@sacfirm.com, agrigorian@sacfirmonline.com

Edward Garcia , Jr     Painey@braggdzlaw.com

Joy Young Stephenson     jstephenson@sacfirmonline.com

Richard Alan Lovich     rlovich@sacfirmonline.com, ral@lovichlaw.com

Sara Hilary Frisch     sfrisch@sacfirm.com, kisagulyan@sacfirm.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.