EDWARD GARCIA, Bar No. 173487
BRAGG & KULUVA
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA  94111
(415) 273-6500
(415) 273-6535
edgarcia@braggkuluva.com

*E-FILED 02-28-2011*

Attorneys for Defendant,
Teachers Health Trust

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITALS AND CLINICS, A CALIFORNIA NON-PROFIT PUBLIC BENEFIT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY EDUCATION ASSOCIATION, A NEVADA NON-PROFIT CORPORATION; AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | CASE NO. C10-03674 HRL<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the Parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: February 18, 2011          STEPHENSON, ACQUISTO & COLMAN

                                  By: */s/ Sara H. Frish*
                                      SARA H. FRISH
                                      Attorney for Plaintiff
                                      STANFORD HOSPITALS AND CLINICS

---
1
STIPULATION OF DISMISSAL

1 | DATED: February 10, 2011 BRAGG & KULUVA

By: */s/ Edward Garcia*
    EDWARD GARCIA
    Attorney for Defendant
    TEACHERS HEALTH TRUST

IT IS SO ORDERED:

DATED: __February 28__, 2011

By: _____
    HOWARD R. LLOYD
    United States Magistrate Judge